# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0480
LT Case No. 55-2023-CA-149

_____

CHRISTINE SIMPKINS-IZUTANI,
Individually and as Natural
Guardian and Representative of
E.I., A MINOR and KOUSUKE
IZUTANI, Individually,

    Appellants,

    v.

OLDEST WOODEN SCHOOL
HOUSE, LLC,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
Lauren Patricia Blocker, Judge.

Kirby W. Johnson, of Campione Law, P.A., Jacksonville, for
Appellants.

Michael Fox Orr, Loreyn P. Raab, and T. Sydnor Kerns, Jr.,
of Orr Cook, Jacksonville, for Appellee.

July 21, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and BOATWRIGHT, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––